IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Extradition of ) | Hon. Edward S. Kiel, U.S.M.J. |
| ) | |
| Jonathan Camus Ben-Shimon, ) | |
|   a/k/a Jonathan Camus Bensimon, ) | Mag. No. 22-10021 |
|   a/k/a Camus Jonathan Ben Simon, ) | |
|   a/k/a Camus Jonathan Bensimon ) | **UNSEALING ORDER** |

Upon the application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (by Blake Coppotelli, Assistant United States Attorney, appearing), for an order unsealing the complaint and arrest warrant issued on or about January 28, 2022, for the purpose of providing such materials to the defendant and the United States Probation Office to facilitate the defendant's initial appearance thereon;

IT APPEARING that disclosure of the complaint and arrest warrant are necessary, and for good cause shown,

IT IS on this 1st day of February, 2022,

ORDERED that the complaint and arrest warrant are unsealed for the purpose of providing such material to the defendant and the United States Probation Office to facilitate the defendant's initial appearance thereon.

*/s/ Edward S. Kiel*
HONORABLE EDWARD S. KIEL
United States Magistrate Judge