# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

Jonathan Camus-Ben Shimon
*Defendant*

MAGISTRATE JUDGE: Edward S. Kiel
CASE NO. 22-mj-10021-ESK
DATE OF PROCEEDINGS: February 1, 2022
DATE OF ARREST: February 1, 2022

**PROCEEDINGS:** Initial Appearance/Extradition

- [X] COMPLAINT
- [X] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [X] FINANCIAL AFFIDAVIT EXECUTED
- [X] Defendant consents to proceed by video teleconferencing
- [X] Brady Order

- [X] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: Status Conference scheduled for April 4, 2022 at 1:30 p.m.
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: Blake Coppotelli
DEFT. COUNSEL: Rahul Sharma, FPD
PO/PTS: Pretrial-Stephen Griggs
INTERPRETER: Eric Heuberger
Language: French

TIME COMMENCED: 3:00 p.m.
TIME TERMINATED: 3:35 p.m.
CD NO: ECR, via Zoom

Shea Smith
DEPUTY CLERK