# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Jonathan Camus-Ben Shimon<br>*Defendant* | Case No.   22-mj-10021-ESK |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___1___ day of __February__, 2022,

ORDERED that __Rahul Sharma_____ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

/s/ Edward S. Kiel
United States Magistrate Judge