# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. _____ |
| v. | **ORDER** |
| _____, | |
| Defendant. | |

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on this _____ day of _____, 2022, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation, pursuant to Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed.  Such favorable information includes information that may cast doubt on the credibility of government witnesses.  Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

_____
Hon. Edward S. Kiel
United States Magistrate Judge